AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

CASE NUMBER: 07 C 6959

V.

ASSIGNED JUDGE: MATTHEW F. KENNELLY

MARTENS CREATIVE LANDSCAPING, INC., an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: JEFFREY COLE

TO: (Name and address of Defendant)

Martens Creative Landscaping, Inc.
c/o Michael G. Cainkar, Registered Agent
30 N. LaSalle Street, Suite 3922
Chicago, IL   60602-2507

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Chapman
Beverly P. Alfon
Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231

an answer to the complaint which is herewith served upon you, within   Twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_

(By) DEPUTY CLERK

DEC 1 2 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE December 13, 2007 |
| NAME OF SERVER (PRINT) Eli B. Freiburg | TITLE Clerk/Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with Michael G. Cainkar, registered agent for Martens Creative, 30 N. LaSalle Street, Suite 3922, Chicago, IL 60602.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/13/07
              Date

Signature of Server

200 W. Adams St., Ste. 2200, Chicago, IL 60606
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.