IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 07 C 6959 |
| MARTENS CREATIVE LANDSCAPING, ) | |
| INC., an Illinois corporation, ) | JUDGE MATTHEW F. KENNELLY |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO:  Mr. Michael G. Cainkar
     Louis F. Cainkar, Ltd.
     30 N. LaSalle Street, Suite 3922
     Chicago, IL  60602-3333

   NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

                              /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Martens\2007\notice of dismissal.jdg.df.wpd

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that on **Wednesday**, the **27th** day of **February 2008**, on or before the hour of 5:00 p.m., she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Mr. Michael G. Cainkar
    Louis F. Cainkar, Ltd.
    30 N. LaSalle Street, Suite 3922
    Chicago, IL   60602-3333
    mc@lfcltd.net

           /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Martens\2007\notice of dismissal.jdg.df.wpd